UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVARIS LAVON ANDERSON,

    Plaintiff,

v.                                      Case No. 3:19cv1392-MCR-HTC

DAVID MORGAN, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On May 7, 2019, the Court denied Plaintiff's motion to proceed *in forma pauperis* without prejudice and ordered him to file a motion to proceed *in forma pauperis* on the Northern District of Florida's required forms within thirty (30) days. *See* ECF Doc. 4; N.D. Fla. Loc. R. 5.3. Plaintiff failed to comply with the May 7 Order and submit a proper motion to proceed *in forma pauperis* within the allotted time. On June 12, 2019, the Court ordered Plaintiff to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 5. More than fourteen (14) days have passed since June 12 and Plaintiff has not complied with the May 7 Order or responded to the June 12 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 8th day of July, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.