UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVARIS LAVON ANDERSON,

    Plaintiff,

v.                                                  CASE NO. 3:19cv1392-MCR-HTC

DAVID MORGAN, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 8, 2019. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute or failure to comply with a court order.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of October 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**